IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORETTA BOONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA SOUTHEASTERN TRANSPORTATION AUTHORITY | : : : | NO. 14-1373 |

## ORDER

**AND NOW**, this 4th day of December, 2014, upon consideration of Defendant's Motion to Dismiss (Docket No. 7), and all documents filed in connection thereto, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**;

2. Counts I and III of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**; and

3. On or before January 11, 2015, Plaintiff may file a second amended complaint that cures the identified deficiencies in her Title VII and PHRA sex discrimination and hostile work environment claims.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.